HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Ben_Galloway@fd.org

Attorney for Defendant
CLEMENTE LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case № 2:16-cr-148 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| CLEMENTE LOPEZ, | DATE: May 4, 2017<br>TIME 10:00 a.m. |
| Defendant. | JUDGE: Hon. Morrison C. England, Jr |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney through James Conolly, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorney for Clemente Lopez, that the status conference scheduled for May 4, 2017 be vacated and be continued to June 8, 2017 at 10:00 a.m.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including June 8, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

| | | |
|---|---|---|
| 1 | DATED: May 2, 2017 | Respectfully submitted, |
| 2 | | |
| | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Benjamin D. Galloway* |
| 5 | | Benjamin D. Galloway |
| | | Assistant Federal Defender |
| 6 | | Attorney for CLEMENTE LOPEZ |
| 7 | DATED: May 2, 2017 | PHILLIP A. TALBERT |
| | | United States Attorney |
| 8 | | |
| | | */s/ James Conolly* |
| 9 | | James Conolly |
| | | Assistant U.S. Attorney |
| 10 | | Attorney for Plaintiff |

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts that stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including June 8, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). The May 4, 2017 status conference shall be continued until June 8, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 3, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE