| | |
|---|---|
| HEATHER E. WILLIAMS, #122664<br>Federal Defender<br>BENJAMIN D. GALLOWAY, #214897<br>Assistant Federal Defender<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814<br>Tel: 916-498-5700/Fax 916-498-5710<br>Ben_Galloway@fd.org<br><br>Attorney for Defendant<br>CLEMENTE LOPEZ | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLEMENTE LOPEZ,<br><br>　　　　Defendant. | Case № 2:16-cr-148 MCE<br><br>**AMENDED** STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:　　June 8, 2017<br>TIME　　　10:00 a.m.<br>JUDGE:　　Hon. Morrison C. England, Jr |

　　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney through James Conolly, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorneys for Clemente Lopez, that the status conference scheduled for June 8, 2017 be vacated and be continued to July 27, 2017 at 10:00 a.m.

　　　　Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition.

　　　　Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including July 27, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

Stipulation and Order
to Continue Status Conference

-1-

DATED: June 6, 2017                    Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ Benjamin D. Galloway*
                                       Benjamin D. Galloway
                                       Assistant Federal Defender
                                       Attorney for CLEMENTE LOPEZ

DATED: June 6, 2017                    PHILLIP A. TALBERT
                                       United States Attorney

                                       */s/ James Conolly*
                                       James Conolly
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. It further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including July 27, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered that the June 8, 2017 status conference shall be continued until July 27, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE