PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>               v.<br><br>CLEMENTE LOPEZ,<br><br>               Defendant. | CASE NO. 2:16-CR-148-MCE<br><br>NOTICE OF RELATED CASES |
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>               v.<br><br>CLEMENTE LOPEZ,<br><br>               Defendant. | CASE NO. 2:17-CR-110-JAM<br><br>NOTICE OF RELATED CASES |

The United States of America, through its undersigned counsel, Assistant United States Attorney James R. Conolly, hereby gives notice that the above-captioned matters may be related cases within the meaning of Local Rule 123.

A. **Statement of Facts**

On or about May 5, 2016, a grand jury in the Northern District of Illinois returned an indictment in Case No. 1:16-CR -111, charging the defendant, Clemente Lopez, with three firearms offenses, under

18 U.S.C. § 922 et seq., and one immigration offense, under 8 U.S.C. § 1326 (the "NDIL case"). The defendant left the Northern District of Illinois before appearing in that case.

On or about July 14, 2017, the defendant was arrested in the Eastern District of California for cultivating marijuana on federal forestland. On August 4, 2016, a grand jury in the Eastern District of California returned an indictment charging the defendant with conspiring to manufacture at least 50 marijuana plants and manufacturing at least 50 marijuana plants, in violation of 21 U.S.C. §§ 841(a)(1) and 846. This case is currently pending before the Honorable Morrison C. England, Jr, assigned Case No. 2:16-CR-00148-MCE.

On June 23, 2017, the U.S. Attorney's Office for the Northern District of Illinois filed a Consent to Transfer Case for Plea and Sentence, pursuant to Federal Rule of Criminal Procedure 20, in the NDIL case, with the consent of the defendant and the U.S. Attorney's Office for the Eastern District of California. The NDIL case has now been transferred to the U.S. District Court for the Eastern District of California and assigned to the Honorable John A. Mendez, Case No. 2:17-CR-110-JAM.

**B.    Analysis**

Under Local Rule 123(a), cases may be related if the Court finds:

(1) that the actions involve the same parties and are based on the same or similar claims;

(2) that the actions involve the same property, transaction or event;

(3) that the actions involve similar questions of fact and the same question of law and their assignment to the same Judge…is likely to effect a substantial savings of judicial effort, either because the same result should follow in the actions or otherwise; or

(4) for any other reasons, it would entail substantial duplication of labor if the action were heard by different Judges…."

1.    Parties and Claims

The parties in both of these cases are the same. In each, the plaintiff is the United States and the defendant is Clemente Lopez. The defendant has been charged by indictment in each of these cases. While the criminal conduct alleged in each indictment is distinct and unique to each matter, both matters are criminal, and have similar procedural postures.

## 2. Duplication of Judicial Labor

What remains in each matter is for the parties to finalize plea agreements – toward which the parties are working in good faith – which would then be followed by a Change of Plea and Sentencing.

In each case, the U.S. Probation Office in each district would be responsible for conducting a presentencing investigation and drafting a report. If these two cases are heard together, this process can be executed by a single Probation Office, issuing a single presentencing report. The Court would then be able to pass sentence for both cases at the same time, avoiding duplicate judicial effort.

### C. Assignment To A Single Judge

On balance, these two cases are related within the meaning of Local Rule 123, given the overlap in parties, procedural posture, and any remaining questions of law and fact related to sentencing. Consolidating these cases would improve judicial economy by having a single Probation Officer gather information for the presentencing report and a single district judge become familiar with the facts. The U.S. Sentencing Guidelines allow for a defendant charged in two separate indictments to have his sentence determined in a single proceeding. See U.S.S.G., Chapter 3, Part D, Introductory Commentary. This is just such a situation.

### D. Conclusion

For the foregoing reasons, the United States requests respectfully that the Court find the above-captioned cases to be related and consolidate them into a single criminal proceeding.

Dated: June 30, 2017                                     PHILLIP A. TALBERT
                                                        United States Attorney

                                               By: _____
                                                    JAMES R. CONOLLY
                                                    Assistant United States Attorney

**ORDER**

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the Criminal Case captioned <u>United States v. Clemente Lopez</u>, Case No. 2:17-CR-110-JAM, is related to the case of <u>United States v. Clemente Lopez</u>, Case No. 2:16-CR-148-MCE, within the meaning of Local Rule 123(a)(4) because assignment of these actions to a single District Judge is likely to effect a great savings of judicial effort.

Based upon this finding and pursuant to Local Rule 123(c), IT IS HEREBY ORDERED:

1. The Clerk of the Court shall REASSIGN the case of <u>United States v. Clemente Lopez</u>, Case No. 2:17-CR-110-JAM, to the Honorable Morrison C. England, Jr.; and

2. The Clerk of the Court shall make appropriate adjustment in the assignment of cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: July 20, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER         1